DEBORA K. KRISTENSEN [ISB # 5337]
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, ID 83701-2720
Telephone:  (208) 388-1200
Facsimile:  (208) 388-1300
Email:  dkk@givenspursley.com
14190639_6.docx [5624-8]

Attorneys for Idaho Statesman Publishing, LLC

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| VINCENT D. GEWALT, an individual<br><br>                    Plaintiff,<br><br>vs.<br><br>IDAHO STATESMAN PUBLISHING,<br>LLC, a Delaware limited liability company,<br><br>                    Defendant. | CASE NO. _____<br><br>[ADA COUNTY DISTRICT COURT CASE<br>NO.: CV01-18-07030]<br><br>**DECLARATION OF JUAN CORNEJO IN<br>SUPPORT OF DEFENDANT IDAHO<br>STATESMAN PUBLISHING, LLC'S<br>NOTICE OF REMOVAL OF CIVIL<br>ACTION TO UNITED STATES<br>DISTRICT COURT** |

I, Juan Cornejo, declare as follows:

1.      I am over eighteen (18) years of age, reside in Sacramento County, California, and am competent to give testimony in this Declaration.

2.      I am Assistant General Counsel of The McClatchy Company, the parent company of Defendant Idaho Statesman Publishing, LLC (the "Idaho Statesman").

3.      Based on my position, I have personal knowledge of The McClatchy Company's business structure and operations and the structure of and operations of The McClatchy Company's subsidiaries, including the Idaho Statesman.

4.       This declaration is offered in support of the Idaho Statesman's Notice of Removal of this action to United States District Court.

5.       The facts stated herein are within my personal knowledge and, if called to testify, I could and would competently do so as set forth herein.

6.       On April 19, 2018, Plaintiff served Idaho Statesman's registered agent for service of process with the Summons and Complaint from the state court for the action entitled *Vincent Gewalt v. Idaho Statesman Publishing, LLC,* In the District Court of the Fourth Judicial District of the State of Idaho, In and For the County of Ada, Case No. CV01-18-07030.  A true and correct copy of the Complaint is attached hereto as <u>Exhibit A</u>.

7.       The Idaho Statesman is, and at all times alleged in the Complaint was, a limited liability company formed under and by virtue of the laws of the State of Delaware.

8.       The Idaho Statesman's principal place of business is located in Sacramento, California.  The Idaho Statesman's corporate headquarters is located at 2100 Q Street, Sacramento, California.  All of the Idaho Statesman's Board of Directors reside in Sacramento, California.  Additionally, all of the Idaho Statesman's corporate officers reside in Sacramento, California, where they direct, control, and coordinate the Idaho Statesman's activities.

9.       The sole LLC Member of the Idaho Statesman is Pacific Northwest Publishing Company, Inc., which is incorporated under and by virtue of the laws of the State of Florida. The Pacific Northwest Publishing Company, Inc.'s principal place of business is located in Sacramento, California.

10.     Plaintiff, Vincent Gewalt, was paid an annual salary of $36,000 at the time of his termination in 2017.  Including other forms of compensation, Plaintiff earned $63,451.84 in 2016, his last full year of employment.  A true and correct copy of Plaintiff's payroll records for 2016 and 2017 are attached hereto as <u>Exhibit B</u>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of May, 2018, at Sacramento, California.


By:___/s/ Juan Cornejo_____
            Juan Cornejo

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of May, 2018, the foregoing was electronically filed through the CM/ECF system, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Jeff R. Sykes
Lars E. Lundberg
sykes@mwsslawyers.com
lundberg@mwsslawyers.com
*Attorney for Plaintiff*

*/s/ Debora K. Kristensen*
Debora K. Kristensen

EXHIBIT A

# EXHIBIT A

Electronically Filed
4/16/2018 9:35 AM
Fourth Judicial District, Ada County
Christopher D. Rich, Clerk of the Court
By: Katee Hysell, Deputy Clerk

Jeff R. Sykes, ISB #.5058
Lars E. Lundberg, ISB # 9993
McCONNELL WAGNER SYKES & STACEY PLLC
827 East Park Boulevard, Suite 201
Boise, Idaho 83712
Telephone:  208.489.0100
Facsimile:  208.489.0110
sykes@mwsslawyers.com
lundberg@mwsslawyers.com

Attorneys For Plaintiff Vincent D. Gewalt

## IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
## OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA

| | |
|---|---|
| VINCENT D. GEWALT,<br>an individual;<br><br>Plaintiff,<br><br>vs.<br><br>IDAHO STATESMAN<br>PUBLISHING, LLC,<br>a Delaware limited liability company<br><br>Defendant. | Case No. CV01-18-07030<br><br><br>COMPLAINT AND DEMAND<br>FOR JURY TRIAL<br><br><br>Fee Category:    A.A.<br>Fee:    $221.00 |

**COMES NOW,** Plaintiff Vincent D. Gewalt, by and through his counsel of record, McConnell Wagner Sykes & Stacey PLLC, and for a cause of action against Defendant Idaho Statesman Publishing, LLC alleges as follows:

## PARTIES

1.      At all times material hereto, Plaintiff Vincent D. Gewalt ("Plaintiff"), was and is an individual residing and domiciled in the County of Ada, State of Idaho.

2.      Plaintiff is informed and believes, and on that basis alleges, that at all times material hereto Defendant Idaho Statesman Publishing, LLC ("ISP") was and is a limited liability company organized and existing pursuant to the laws of the State of Delaware, and authorized to do business and doing business in the State of Idaho.

## JURISDICTION AND VENUE

3.      Jurisdiction is proper in the Fourth District because this Court has subject matter jurisdiction over this action pursuant to Idaho Code § 1-705, and personal jurisdiction over ISP pursuant to Idaho Code § 5-514.  Moreover, 29 U.S.C. § 2617(a)(2) permits Plaintiff to file a Family Medical Leave Act ("FMLA") claim in state court.

4.      Venue is appropriate in this Court pursuant to Idaho Code § 5-404.

5.      The amount in controversy in this lawsuit, exclusive of interest and costs, exceeds the jurisdictional minimum of this Court.

## GENERAL ALLEGATIONS

6.      Plaintiff was employed as a *Sales and Marketing Executive* by ISP from approximately November 2, 2010 to April 30, 2017.

7.      On or around Wednesday morning, April 19, 2017, Plaintiff informed his supervisor, Logan Osterman, that he needed to leave work due to severe stomach pains. That afternoon, Plaintiff was admitted to the emergency room at St. Luke's Medical Center

in Meridian, Idaho.  Following an ultrasound, it was discovered that Plaintiff's gall bladder would need to be removed.

8.      On or around April 19, 2017, both Mr. Osterman and Ms. Ann Gomm, an ISP human resource employee, were informed that Plaintiff was experiencing a serious health condition that required surgery.

9.      On or around Thursday, April 20, 2017, Plaintiff underwent surgery.  ISP was informed of the surgery.  After spending one night at the hospital, Plaintiff was released to recuperate at home.

10.     Despite receiving notice that Plaintiff had suffered a serious health condition, ISP did not provide Plaintiff with the required FMLA notices, which would have informed Plaintiff that he was entitled to FMLA leave to recover from surgery.

11.     Notwithstanding his continued surgery-related pain, Plaintiff attended work on Monday, April 24, 2017, unaware that he was entitled to FMLA leave to recover from surgery. Instead of informing Plaintiff of his entitlement to FMLA leave or providing the requisite FMLA notices, Mr. Osterman berated Plaintiff for his lower-than-expected advertisement sales numbers, was incensed that Plaintiff had to leave early due to surgery-related pain, and wanted Plaintiff to continue working in an attempt to meet his advertisement sales goal.

12.     Still experiencing surgery-related pain, but without notice of his entitlement to FMLA leave to recover from surgery, Plaintiff attended work on Tuesday, April 25, 2017. Upon arriving at work, Plaintiff was aggressively questioned by Mr. Osterman about working harder to meet the sales goal.  Plaintiff worked until approximately 3:00 p.m., but had to leave due to severe surgery-related pain.

13.    Plaintiff attended work on Wednesday, April 26, 2017, still without notice of his entitlement to FMLA leave to recovery from surgery.  However, around 1:00 p.m., Plaintiff left work because he was bleeding from the surgery incision site.

14.    Plaintiff attended work again on Thursday morning, April 27, 2017. That afternoon, Plaintiff had another meeting with Mr. Osterman and Ms. Gomm concerning his sales performance.  At the end of the meeting, Plaintiff was told to go home.  Due to the stress of the meeting, Plaintiff experienced chest pains and was hospitalized at or around 3:00 p.m. that same day.  Mr. Osterman and Ms. Gomm were notified that Plaintiff had experienced another serious health condition, had been hospitalized, and would not be able to attend work on Friday. Plaintiff was not provided the required FMLA notices.

15.    On or around Sunday, April 30, 2017, Plaintiff, in violation of the FMLA, was informed that his employment was terminated.  ISP's reasons for terminating Plaintiff were pretext for his absences from work following his surgery.

16.    Throughout the entire chain of events, ISP failed to provide Plaintiff the requisite FMLA notices.  Plaintiff was harmed by ISP's failure to provide the required FMLA notices.

## COUNT ONE
### *Violation Of The FMLA*

17.    Plaintiff repeats herein by this reference each and every allegation set forth in Paragraphs 1 through 16, inclusive, as if said paragraphs were set forth herein in full.

18.    ISP is an employer within the meaning of the FMLA, 29 U.S.C. § 2611(4)(a).

19.    Upon information and belief, ISP employs at least fifty (50) employees at or within seventy-five (75) miles of the worksite at which Plaintiff worked.

20.     Plaintiff is an employee within the meaning of the FMLA, 29 U.S.C. § 2611(2)(a), because he worked for ISP at least twelve (12) months and at least 1,250 hours during the previous 12-month period.

21.     By failing to provide the required FMLA notices to Plaintiff, ISP violated, *inter alia*, the FMLA, 29 U.S.C. § 2615.

22.     As a direct and proximate result of ISP's unlawful conduct, Plaintiff has suffered damages in an amount to be proved at trial.

23.     Pursuant to 29 U.S.C. § 2617, Plaintiff is entitled to an award of interest and liquidated damages.

## ATTORNEYS' FEES AND COSTS

Plaintiff has been required to retain the services of an attorney to bring this suit and is entitled to recover his costs and reasonable attorneys' fees in the sum of not less than $5,000.00 if judgment is entered by default, and such other and further amounts as the Court may find reasonable if this matter is contested pursuant to, *inter alia*, 29 U.S.C. § 2617 and Rule 54(e) of the Idaho Rules of Civil Procedure.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a 12-person jury trial pursuant to Rule 38 of the Idaho Rules of Civil Procedure for all issues so triable.

/ / / /

/ / / /

/ / / /

/ / / /

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment against ISP as follows:

A.      For monetary damages in an amount to be proved at trial;

B.      For attorneys' fees and costs; and

C.      For such other and further relief as the Court deems just and proper.

**DATED** this 16th day of April 2018.

McCONNELL WAGNER SYKES & STACEY PLLC

_____/s/  Lars E. Lundberg_____

By:     Lars E. Lundberg, Attorneys For Plaintiff
        Vincent D. Gewalt

EXHIBIT B

# EXHIBIT B

```
Report ID:  PERM407                      The McClatchy Company                    Page No.  1
                                         EARNINGS REPORT                          Run Date 05/09/2018
                                                                                  Run Time 15:11:19

Employee Name/ID : Gewalt,Vincent D / 0363716
Department Id    : IS20000
From 01/01/2016 Through 01/09/2017

                Form ID    <----- REGULAR -----> <--- OVERTIME ---> <-------- OTHER -------->
Check Date    Check No.    Hours      Earnings   Hours    Earnings  Type  Hours     Earnings    Gross Pay
01/15/2016 MNADV                                                    CDS             3,508.64    4,591.07 A
           1675443                                                  HOH    7.50       108.24
                                                                   REG   67.50       974.19

01/29/2016 MNADV                                                    REG   75.00     1,082.43    1,082.43 A
           1679937

02/12/2016 MNADV                                                    CDS             5,246.28    6,328.71 A
           1685041                                                  REG   75.00     1,082.43

02/26/2016 MNADV                                                    REG   75.00     1,082.43    1,082.43 A
           1690982

03/11/2016 MNADV                                                    CDS             4,137.84    5,220.27 A
           1695986                                                  REG   67.50       974.19
                                                                   SCH    7.50       108.24

03/25/2016 MNADV                                                    REG   75.00     1,250.00    1,250.00 A
           1700703

04/08/2016 MNADV                                                    CDS             1,609.50    2,859.50 A
           1705496                                                  REG   75.00     1,250.00

04/22/2016 MNADV                                                    REG   75.00     1,250.00    1,250.00 A
           1710445

05/06/2016 MNADV                                                    REG   75.00     1,250.00    1,250.00 A
           1715356

05/20/2016 MNADV                                                    REG   75.00     1,250.00    1,250.00 A
           1720426

06/03/2016 MNADV                                                    REG   75.00     1,250.00    1,250.00 A
           1725100

06/17/2016 MNADV                                                    CDS             1,847.16    3,097.16 A
           1729841                                                  FLH    7.50       125.00
                                                                   HOH    7.50       125.00
                                                                   PBK   37.50       625.00
                                                                   REG   22.50       375.00

07/01/2016 MNADV                                                    REG   75.00     1,250.00    1,250.00 A
           1734787

07/15/2016 MNADV                                                    CDS             3,347.78    4,597.78 A
           1739451                                                  HOH    7.50       125.00
                                                                   REG   67.50     1,125.00

07/29/2016 MNADV                                                    REG   75.00     1,250.00    1,250.00 A
           1745859

08/12/2016 MNADV                                                    CDS             5,244.50    6,494.50 A
           1749235                                                  REG   75.00     1,250.00

08/26/2016 MNADV                                                    REG   75.00     1,250.00    1,250.00 A
           1754146

09/09/2016 MNADV                                                    CDS             1,646.06    2,896.06 A
           1758927                                                  REG   75.00     1,250.00

09/23/2016 MNADV                                                    HOH    7.50       138.46    1,384.61 A
           1763527                                                  REG    7.50       138.46
                                                                   VAH   60.00     1,107.69
```

```
Report ID:  PERM407                  The McClatchy Company                       Page No.  2
                                     EARNINGS REPORT                             Run Date 05/09/2018
                                                                                 Run Time 15:11:19

Employee Name/ID : Gewalt,Vincent D / 0363716
Department Id   : IS20000
From 01/01/2016 Through 01/09/2017

               Form ID    <----- REGULAR -----> <--- OVERTIME ---> <-------- OTHER -------->
  Check Date   Check No.   Hours     Earnings    Hours    Earnings Type   Hours    Earnings    Gross Pay
10/07/2016 MNADV                                                   REG    75.00    1,384.62     1,384.62 A
           1768285

10/21/2016 MNADV                                                   REG    75.00    1,384.62     1,384.62 A
           1772854

11/04/2016 MNADV                                                   REG    75.00    1,384.62     1,384.62 A
           1777562

11/18/2016 MNADV                                                   CDS              1,837.50     3,222.12 A
           1782623                                                 REG    75.00    1,384.62

12/02/2016 MNADV                                                   HOH     7.50      138.46     1,384.61 A
           1786665                                                 REG    67.50    1,246.15

12/16/2016 MNADV                                                   CDS              2,287.50     3,672.11 A
           1792187                                                 REG    67.50    1,246.15
                                                                   SCH     7.50      138.46

12/30/2016 MNADV                                                   REG    75.00    1,384.62     1,384.62 A
           1795877

    Company Total                                                  CDS             30,712.76
                                                                   HOH    37.50      635.16
                                                                   REG 1792.50   29,999.53
                                                                   SCH    15.00      246.70
                                                                   FLH     7.50      125.00
                                                                   PBK    37.50      625.00
                                                                   VAH    60.00    1,107.69




                          0.00                0.00               1,950.00                       63,451.84
                                      0.00              0.00                       63,451.84
    Grand Total




                          0.00                0.00               1,950.00                       63,451.84
                                      0.00              0.00                       63,451.84




                                     End of Report
```

```
Report ID:  PERM407                    The McClatchy Company                    Page No.  1
                                        EARNINGS REPORT                          Run Date 05/09/2018
                                                                                 Run Time 15:05:31

Employee Name/ID : Gewalt,Vincent D / 0363716
Department Id    : IS20000
From 12/28/2016 Through 12/24/2017

                Form ID   <----- REGULAR -----> <--- OVERTIME ---> <-------- OTHER -------->
     Check Date Check No. Hours     Earnings    Hours    Earnings  Type Hours      Earnings   Gross Pay
     12/30/2016 MNADV                                               REG  75.00     1,384.62    1,384.62 A
                1795877

     01/13/2017 MNADV                                               HOH  15.00       276.92    1,384.61 A
                1803224                                             REG  60.00     1,107.69

     01/27/2017 MNADV                                               REG  75.00     1,384.62    1,384.62 A
                1807942

     02/10/2017 MNADV                                               CDS               100.00   1,484.62 A
                1812900                                             REG  75.00     1,384.62

     02/24/2017 MNADV                                               REG  75.00     1,384.62    1,384.62 A
                1818554

     03/10/2017 MNADV                                               REG  67.50     1,246.15    1,384.61 A
                1819364                                             SCH   7.50       138.46

     03/24/2017 MNADV                                               REG  75.00     1,384.62    1,384.62 A
                1825736

     04/07/2017 MNADV                                               REG  75.00     1,384.62    1,384.62 A
                1828645

     04/21/2017 MNADV                                               REG  60.00     1,107.69    1,384.61 A
                1834135                                             VAH  15.00       276.92

     05/05/2017 MNADV                                               PBK   7.50       138.46    2,063.64 A
                1838351                                             REG  37.50       692.31
                                                                    SCH  30.00       553.85
                                                                    VPA  36.78       679.02
                                                                    PBK  15.00       276.92
                                                                    VAH  15.00-      276.92-

     05/19/2017 MNCK                                                CDS             1,300.00    1,300.00 C
                0245335

     Company Total                                                  REG 675.00    12,461.56
                                                                    HOH  15.00       276.92
                                                                    CDS             1,400.00
                                                                    SCH  37.50       692.31
                                                                    VAH
                                                                    PBK  22.50       415.38
                                                                    VPA  36.78       679.02

                          0.00               0.00               0.00      786.78              15,925.19
                                   0.00               0.00                       15,925.19
```

```
Report ID:  PERM407                          The McClatchy Company                          Page No.   2
                                              EARNINGS REPORT                                Run Date 05/09/2018
                                                                                             Run Time 15:05:31

Employee Name/ID : Gewalt,Vincent D / 0363716
Department Id    : IS20000
From 12/28/2016 Through 12/24/2017

                   Form ID      <----- REGULAR ----->  <--- OVERTIME --->  <-------- OTHER -------->
         Check Date  Check No.    Hours     Earnings     Hours   Earnings  Type  Hours      Earnings      Gross Pay

            Grand Total


                                   0.00                   0.00                    786.78                  15,925.19
                                            0.00                    0.00                     15,925.19
```

End of Report